**Present:**   Hon. Frederick J. Scullin, Jr.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,                    ***ORDER ISSUING WRIT***

                                                            **Civil Action No.** 01-CV 0777

                                    **Plaintiff,**

        -against-

WILLIAM H. CLARK, JR.,

                                    **Defendant,**

JOHNSON CITY CENTRAL SCHOOL DISTRICT,

                                    **Garnishee.**

On reading and filing the annexed Affirmation of Douglas M. Fisher, Esq., it is hereby

ORDERED, that the Clerk of the within named Court is directed to issue the attached Writ of Continuing Garnishment and to mark the records accordingly.

Dated: **9/28** ,2006
~~Binghamton~~, New York

*Syracuse*

                                            **SO ORDERED**

                                            FREDERICK J. SCULLIN, JR.
                                            **SENIOR U.S. DISTRICT JUDGE**